```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
                   COUNSEL/PARTIES OF RECORD

        SEP 2 4 2013

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:13-CR-215-HDM-(PAL) |
| ) | |
| MICHAEL JULIANO, ) | |
| ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE AS TO MICHAEL JULIANO

On June 24, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 492 and Title 28, United States Code, Section 2461(c) forfeiting property of defendant MICHAEL JULIANO to the United States of America. Criminal Information, ECF No. 24; Plea Agreement, ECF No. 26; Change of Plea Minutes, ECF No. 21; Preliminary Order of Forfeiture, ECF No. 29.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 492 and Title 28, United States Code, Section 2461(c) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant MICHAEL JULIANO.

DATED this 24th day of Sept. 2013.

_____
UNITED STATES DISTRICT JUDGE